IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

THE WORTHING COMPANIES
as next friend
Two Blocks,

    Plaintiff,

    v.

PETER HUGGINS
and All Other Occupants,

    Defendant.

CIVIL ACTION FILE
NO. 1:10-CV-3533-TWT

## ORDER

This is a dispossessory action which was improperly removed from the Magistrate Court of DeKalb County, Georgia. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending remand of the case to the Magistrate Court of DeKalb County, Georgia. The Court lacks subject matter jurisdiction of this improperly removed dispossessory action. I approve and adopt the Report and Recommendation of the Magistrate Judge as the judgment of the Court. This action is remanded to the Magistrate Court of DeKalb County, Georgia.

T:\ORDERS\10\The Worthing Companies\r&r.wpd

SO ORDERED, this 30 day of November, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge